*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEAL SKURO, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>SAGE AUTOMOTIVE GROUP, a business entity form unknown; UNIVERSAL CITY NISSAN, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV 12-0216-GW(FFMx)<br><br>*Assigned to the Hon. George H. Wu*<br><br>**ORDER OF DISMISSAL** |

Upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby dismisses this action WITH PREJUDICE.  Class claims are dismissed WITHOUT PREJUDICE.

Each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: March 19, 2012

_____
Honorable George H. Wu
United States District Judge

CV12-0216 GW(FFMx)                                                                                                 ORDER OF DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28